IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | |
| | Bankruptcy No. 18-24017-CMB |
| CHERYL A. HARPOLD, | |
| | Chapter 13 |
| Debtor. | |
| | |
| ALLY BANK, | |
| Movant, | Related to Doc. No. 77 |
| v. | |
| CHERYL A. HARPOLD, | HEARING DATE: |
| | December 13, 2022, at 10:00 a.m. |
| Respondent, | |
| and | |
| | RESPONSE DEADLINE: |
| RONDA J. WINNECOUR, | November 9, 2022 |
| Trustee. | |

**CERTIFICATE OF NO OBJECTION REGARDING
MOTION FOR RELIEF FROM THE AUTOMATIC STAY [DOC. NO. 77]**

  The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion for Relief from the Automatic Stay, filed on October 21, 2022 at Doc. No. 77 in the above-captioned case, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than November 9, 2022.

  It is hereby respectfully requested that the Order attached to the Motion be entered by the Court and that the hearing scheduled on December 13, 2022, at 10:00 a.m. be cancelled.

                Respectfully submitted,

Dated: November 30, 2022        TUCKER ARENSBERG, P.C.

                */s/ Maribeth Thomas*
                Maribeth Thomas, Esq. (PA ID No. 208376)
                mthomas@tuckerlaw.com
                1500 One PPG Place
                Pittsburgh, Pennsylvania 15222
                (412) 566-1212

                *Counsel for Ally Bank*