**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | ) | Bankruptcy No. 18-24017-CMB |
| | ) | |
| CHERYL A. HARPOLD, | ) | Related to Document No. __77__ |
| Debtor | ) | |
| | ) | Chapter 13 |
| ~~~~~~~~~~~~~~~~~~~~ | ) | |
| ALLY BANK, | ) | **ENTERED BY DEFAULT** |
| Movant | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| CHERYL A. HARPOLD, | ) | |
| Respondent | ) | |
| and | ) | |
| | ) | |
| RONDA J. WINNECOUR, | ) | |
| Trustee | ) | |

**ORDER**

AND NOW, this 30th day of November , 2022, in consideration of the Motion for Relief from Stay (the "Motion") filed by Ally Bank and any responses thereto, it is hereby ORDERED, ADJUDGED, and DECREED that:

1.    The Motion is GRANTED.

2.    The Movant shall be permitted to proceed and continue with the repossession of the 2015 Kia Sorento Utility 4D LX AWD 2.4L I4, V.I.N. 5XYKTCA6XFG609264 (the "Vehicle") and is hereby permitted to levy and sell the Vehicle and to pursue its remedies under state law in connection with the same.

~~XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX The stay of the Order as provided under Fed. R. Bankr. P. 4001 (a)(3) is hereby waived. XXXX.~~

3.    This grant of relief from stay shall remain in full force and effect, notwithstanding any subsequent conversion of this case to another chapter of the Bankruptcy Code.

FILED
11/30/22 4:10 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

*Carlota M. Böhm* glb
Carlota M. Böhm
United States Bankruptcy Judge

Please send copies to:

Cheryl A. Harpold
1436 Penn Ave
New Brighton, PA 15066

Lawrence W. Willis
Willis & Associates
201 Penn Center Blvd, Suite 310
Pittsburgh, PA 15235

Ronda J. Winnecour
Suite 3250, USX Tower, 600 Grant Street
Pittsburgh, PA 15219

Office of the United States Trustee
Liberty Center.,
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

Maribeth Thomas
1500 One PPG Place
Pittsburgh, PA 15222

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                          Case No. 18-24017-CMB
Cheryl A. Harpold                                                               Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2                          User: auto                                    Page 1 of 2
Date Rcvd: Nov 30, 2022                       Form ID: pdf900                            Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 02, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Cheryl A. Harpold, 1436 Penn Ave, New Brighton, PA 15066-2248 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 02, 2022                     Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 30, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor M&T Bank as servicer for Lakeview Loan Servicing LLC bnicholas@kmllawgroup.com |
| Jerome B. Blank | on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION jblank@pincuslaw.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com |
| Lawrence W. Willis | on behalf of Debtor Cheryl A. Harpold ecf@westernpabankruptcy.com urfreshstrt@gmail.com;willislr88866@notify.bestcase.com |
| Maribeth Thomas | on behalf of Creditor Ally Bank  c/o AIS Portfolio Services, LP mthomas@tuckerlaw.com, maribeth.thomas@gmail.com |

Office of the United States Trustee

ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour

cmecf@chapter13trusteewdpa.com

TOTAL: 7