**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>CHERYL A. HARPOLD<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>            Movant<br>            vs.<br>No Respondents. | Case No.:18-24017<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

December 21, 2023

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 10/12/2018 and confirmed on 12/13/18 . The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 76,142.00 |
| Less Refunds to Debtor | 1,208.88 | |
| TOTAL AMOUNT OF PLAN FUND | | 74,933.12 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 5,180.83 | |
|    Trustee Fee | 3,546.95 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 8,727.78 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   M & T BANK | 0.00 | 39,264.33 | 0.00 | 39,264.33 |
|     Acct: 1281 | | | | |
|   M & T BANK | 33.33 | 33.33 | 0.00 | 33.33 |
|     Acct: 1281 | | | | |
|   ALLY BANK(*) | 18,357.87 | 18,357.87 | 0.00 | 18,357.87 |
|     Acct: 1239 | | | | |
| | | | | 57,655.53 |
| **Priority** | | | | |
|   LAWRENCE W WILLIS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   CHERYL A. HARPOLD | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   CHERYL A. HARPOLD | 643.00 | 643.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   CHERYL A. HARPOLD | 565.88 | 565.88 | 0.00 | 0.00 |
|     Acct: | | | | |
|   WILLIS & ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   LAWRENCE W WILLIS ESQ | 3,101.00 | 3,101.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   LAWRENCE W WILLIS ESQ | 2,079.83 | 2,079.83 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXXXXXXXXXX4-23 | | | | |
|   PRESTIGE FINANCIAL SERVICES(*) | 0.00 | 8,549.81 | 0.00 | 8,549.81 |
|     Acct: 2964 | | | | |
| | | | | 8,549.81 |
| **Unsecured** | | | | |
|   BEAVER VALLEY FCU* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9952 | | | | |
|   LVNV FUNDING LLC | 9,438.50 | 0.00 | 0.00 | 0.00 |
|     Acct: 1795 | | | | |
|   CAPITAL ONE** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0726 | | | | |
|   COMENITY CAPITAL BANK | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 3777 | | | | |
|   COMENITY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2271 | | | | |
|   DISCOVER BANK(*) | 4,094.08 | 0.00 | 0.00 | 0.00 |
| Acct: 5039 | | | | |
|   CAPITAL ONE NA** | 1,445.30 | 0.00 | 0.00 | 0.00 |
| Acct: 0896 | | | | |
|   LENDING CLUB CORP* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8104 | | | | |
|   MERRICK BANK | 3,227.28 | 0.00 | 0.00 | 0.00 |
| Acct: 1360 | | | | |
|   METLIFE HOME LOANS LLC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2622 | | | | |
|   SEARS/CITI CARD USA*++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2951 | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES, LL | 3,445.52 | 0.00 | 0.00 | 0.00 |
| Acct: 4534 | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES, LL | 1,296.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8409 | | | | |
|   SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8029 | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES, LL | 2,763.09 | 0.00 | 0.00 | 0.00 |
| Acct: 4236 | | | | |
|   WEBBANK-FINGERHUT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2310 | | | | |
|   DUQUESNE LIGHT COMPANY(*) | 984.07 | 0.00 | 0.00 | 0.00 |
| Acct: 4764 | | | | |
|   ALLY BANK(*) | 8,389.58 | 0.00 | 0.00 | 0.00 |
| Acct: 1239 | | | | |
|   SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9890 | | | | |
|   KERI P EBECK ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   PHELAN HALLINAN DIAMOND & JONES LL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   AIS PORTFOLIO SERVICES (AMERICAN IN | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

***N O N E***

| | | |
|---|---|---:|
| TOTAL PAID TO CREDITORS | | 66,205.34 |

TOTAL CLAIMED
```
PRIORITY             0.00
SECURED         18,391.20
UNSECURED       35,083.42
```

Date: 12/21/2023

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
CHERYL A. HARPOLD

    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:18-24017

Chapter 13

Document No.:

## ORDER OF COURT

  AND NOW, this _____day of _____, 20\_\_\_\_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 18-24017-CMB

Cheryl A. Harpold     Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 3
Date Rcvd: Dec 21, 2023     Form ID: pdf900     Total Noticed: 32

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 23, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Cheryl A. Harpold, 1436 Penn Ave, New Brighton, PA 15066-2248 |
| 14930435 | + | Beaver Valley Fcu, 601 37th St, Beaver Falls, PA 15010-3441 |
| 14930442 | ++ | FIRST HORIZON HOME LOANS, 6363 N STATE HWY 161, SUITE 300, IRVING TX 75038-2231 address filed with court:, First Horizon Home Loa, 4000 Horizon Way, Irving, TX 75063 |
| 14930446 | + | Metlife Home Loan, Pob 630387, Irving, TX 75063-0119 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 22 2023 00:13:43 | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14935772 | | Email/Text: ally@ebn.phinsolutions.com | Dec 22 2023 00:09:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 15622842 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 22 2023 00:24:36 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14930434 | + | Email/Text: ally@ebn.phinsolutions.com | Dec 22 2023 00:09:00 | Ally Financial, 200 Renaissance Ctr, Detroit, MI 48243-1300 |
| 14930436 | + | Email/PDF: MarletteBKNotifications@resurgent.com | Dec 22 2023 00:12:34 | Best Egg/sst, 4315 Pickett Rd, Saint Joseph, MO 64503-1600 |
| 14930437 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 22 2023 00:24:03 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 14962864 | | Email/PDF: bncnotices@becket-lee.com | Dec 22 2023 00:24:04 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14930439 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 22 2023 00:10:00 | Comenitycapital/biglot, 3100 Easton Square Pl, Columbus, OH 43219-6289 |
| 14930440 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 22 2023 00:10:00 | Comenitycb/boscov, Po Box 182120, Columbus, OH 43218-2120 |
| 14933232 | | Email/Text: mrdiscen@discover.com | Dec 22 2023 00:10:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14930441 | + | Email/Text: mrdiscen@discover.com | Dec 22 2023 00:10:00 | Discover Fin Svcs Llc, Po Box 15316, Wilmington, DE 19850-5316 |
| 14963306 | + | Email/Text: kburkley@bernsteinlaw.com | Dec 22 2023 00:11:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 14930438 | | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 22 2023 00:12:35 | Chase Mtg, Po Box 24696, Columbus, OH 43224 |
| 14967863 | | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 22 2023 00:12:38 | JPMorgan Chase Bank, National Association, |

Case 18-24017-CMB   Doc 105   Filed 12/23/23   Entered 12/24/23 00:27:16   Desc
Imaged Certificate of Notice   Page 6 of 7

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 21, 2023 | Form ID: pdf900 | Total Noticed: 32 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Chase Records Center, Attn: Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe LA 71203 |
| 14930443 | + | Email/Text: PBNCNotifications@peritusservices.com | Dec 22 2023 00:10:00 | Kohls/capone, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-7096 |
| 14989735 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 22 2023 00:13:47 | LVNV Funding LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14930444 | + | Email/Text: Documentfiling@lciinc.com | Dec 22 2023 00:10:00 | Lending Club Corp, 71 Stevenson, San Francisco, CA 94105-2934 |
| 14962589 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 22 2023 00:12:33 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14930445 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 22 2023 00:13:04 | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 14960589 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 22 2023 00:12:35 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14930637 | + | Email/PDF: rmscedi@recoverycorp.com | Dec 22 2023 00:24:26 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15489332 | + | Email/Text: bankruptcy@gopfs.com | Dec 22 2023 00:11:00 | Prestige Financial Services, BANKRUPTCY DEPT, PO BOX 26707, SLC UT 84126-0707 |
| 14930447 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 22 2023 00:13:47 | Sears/cbna, Po Box 6283, Sioux Falls, SD 57117-6283 |
| 14930448 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 22 2023 00:12:31 | Syncb/amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 14930449 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 22 2023 00:13:02 | Syncb/jcp, Po Box 965007, Orlando, FL 32896-5007 |
| 14930450 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 22 2023 00:12:31 | Syncb/lowes, Po Box 965005, Orlando, FL 32896-5005 |
| 14930451 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 22 2023 00:13:37 | Syncb/walmart, Po Box 965024, Orlando, FL 32896-5024 |
| 14930452 | + | Email/Text: bnc-bluestem@quantum3group.com | Dec 22 2023 00:11:00 | Webbank/fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |

TOTAL: 28

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | JPMORGAN CHASE BANK, NATIONAL ASSOCIATION |
| cr | | M & T Bank |
| cr | | M&T Bank as servicer for Lakeview Loan Servicing L |
| 15097733 | | M&T Bank as servicer for Lakeview, Loan Servicing, LLC |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | * | LVNV Funding LLC, c/o Resurgent Capital Services, P.O. Box 10587, Greenville, SC 29603-0587 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14943520 | *+ | Ally Financial, 200 Renaissance Ctr, Detroit, MI 48243-1300 |
| 14943521 | *+ | Beaver Valley Fcu, 601 37th St, Beaver Falls, PA 15010-3441 |
| 14943522 | *+ | Best Egg/sst, 4315 Pickett Rd, Saint Joseph, MO 64503-1600 |
| 14943523 | *P++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285, address filed with court:, Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 14943525 | *+ | Comenitycapital/biglot, 3100 Easton Square Pl, Columbus, OH 43219-6289 |
| 14943526 | *+ | Comenitycb/boscov, Po Box 182120, Columbus, OH 43218-2120 |
| 14943527 | *+ | Discover Fin Svcs Llc, Po Box 15316, Wilmington, DE 19850-5316 |
| 14943524 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Mtg, Po Box 24696, Columbus, OH 43224 |

Case 18-24017-CMB    Doc 105    Filed 12/23/23    Entered 12/24/23 00:27:16    Desc
Imaged Certificate of Notice    Page 7 of 7

| District/off: 0315-2 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Dec 21, 2023 | Form ID: pdf900 | Total Noticed: 32 |

| | | |
|---|---|---|
| 14943528 | *+ | Kohls/capone, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-7096 |
| 14943529 | *+ | Lending Club Corp, 71 Stevenson, San Francisco, CA 94105-2934 |
| 14943530 | *+ | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 14943531 | *+ | Metlife Home Loan, Pob 630387, Irving, TX 75063-0119 |
| 14965135 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14943532 | *+ | Sears/cbna, Po Box 6283, Sioux Falls, SD 57117-6283 |
| 14943533 | *+ | Syncb/amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 14943534 | *+ | Syncb/jcp, Po Box 965007, Orlando, FL 32896-5007 |
| 14943535 | *+ | Syncb/lowes, Po Box 965005, Orlando, FL 32896-5005 |
| 14943536 | *+ | Syncb/walmart, Po Box 965024, Orlando, FL 32896-5024 |
| 14943537 | *+ | Webbank/fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |

TOTAL: 4 Undeliverable, 22 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 23, 2023        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 21, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor M&T Bank as servicer for Lakeview Loan Servicing LLC bnicholas@kmllawgroup.com |
| Jerome B. Blank | on behalf of Creditor JPMORGAN CHASE BANK NATIONAL ASSOCIATION jblank@pincuslaw.com, brausch@pincuslaw.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;jdryer@bernsteinlaw.com;kebeck@ecf.courtdrive.com |
| Lawrence W. Willis | on behalf of Debtor Cheryl A. Harpold ecf@westernpabankruptcy.com urfreshstrt@gmail.com;willislr88866@notify.bestcase.com |
| Maribeth Thomas | on behalf of Creditor Ally Bank c/o AIS Portfolio Services, LP mthomas@tuckerlaw.com, maribeth.thomas@gmail.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 7