**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Cheryl A. Harpold** <br> First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–2148 <br> EIN   __-_____ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____ <br> EIN   __-_____ |
| United States Bankruptcy Court | WESTERN DISTRICT OF PENNSYLVANIA | |
| Case number: | 18-24017-CMB | |

# Order of Discharge                                                             12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Cheryl A. Harpold

2/7/24                                                **By the court:** <u>Carlota M Bohm</u>
                                                         United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

  ♦ debts that are domestic support obligations;

  ♦ debts for most student loans;

  ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

Form 3180W                    **Chapter 13 Discharge**                    page 1

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                                                   Case No. 18-24017-CMB
Cheryl A. Harpold                                                                                         Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Feb 07, 2024 | Form ID: 3180W | Total Noticed: 34 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++            Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 09, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Cheryl A. Harpold, 1436 Penn Ave, New Brighton, PA 15066-2248 |
| 14930435 | + | Beaver Valley Fcu, 601 37th St, Beaver Falls, PA 15010-3441 |
| 14930442 | ++ | FIRST HORIZON HOME LOANS, 6363 N STATE HWY 161, SUITE 300, IRVING TX 75038-2231 address filed with court:, First Horizon Home Loa, 4000 Horizon Way, Irving, TX 75063 |
| 14930446 | + | Metlife Home Loan, Pob 630387, Irving, TX 75063-0119 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Feb 08 2024 04:52:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 07 2024 23:58:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Feb 08 2024 04:52:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 07 2024 23:58:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | EDI: AISACG.COM | Feb 08 2024 04:52:00 | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14935772 | | EDI: GMACFS.COM | Feb 08 2024 04:52:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 15622842 | + | EDI: AISACG.COM | Feb 08 2024 04:52:00 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14930434 | + | EDI: GMACFS.COM | Feb 08 2024 04:52:00 | Ally Financial, 200 Renaissance Ctr, Detroit, MI 48243-1300 |
| 14930436 | + | Email/PDF: MarletteBKNotifications@resurgent.com | Feb 08 2024 00:10:06 | Best Egg/sst, 4315 Pickett Rd, Saint Joseph, MO 64503-1600 |
| 14930437 | | EDI: CAPITALONE.COM | Feb 08 2024 04:52:00 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 14962864 | | Email/PDF: bncnotices@becket-lee.com | Feb 08 2024 00:10:22 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14930439 | + | EDI: WFNNB.COM | Feb 08 2024 04:52:00 | Comenitycapital/biglot, 3100 Easton Square Pl, |

Case 18-24017-CMB  Doc 110  Filed 02/09/24  Entered 02/10/24 00:31:24  Desc
Imaged Certificate of Notice   Page 4 of 6

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Feb 07, 2024 | Form ID: 3180W | Total Noticed: 34 |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Columbus, OH 43219-6289 |
| 14930440 | + | EDI: WFNNB.COM | Feb 08 2024 04:52:00 | Comenitycb/boscov, Po Box 182120, Columbus, OH 43218-2120 |
| 14933232 | | EDI: DISCOVER | Feb 08 2024 04:52:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14930441 | + | EDI: DISCOVER | Feb 08 2024 04:52:00 | Discover Fin Svcs Llc, Po Box 15316, Wilmington, DE 19850-5316 |
| 14963306 | + | Email/Text: kburkley@bernsteinlaw.com | Feb 07 2024 23:59:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 14930438 | | EDI: JPMORGANCHASE | Feb 08 2024 04:52:00 | Chase Mtg, Po Box 24696, Columbus, OH 43224 |
| 14967863 | | EDI: JPMORGANCHASE | Feb 08 2024 04:52:00 | JPMorgan Chase Bank, National Association, Chase Records Center, Attn: Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe LA 71203 |
| 14930443 | + | Email/Text: PBNCNotifications@peritusservices.com | Feb 07 2024 23:58:00 | Kohls/capone, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-7096 |
| 14989735 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 08 2024 00:10:08 | LVNV Funding LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14930444 | + | EDI: LENDNGCLUB | Feb 08 2024 04:52:00 | Lending Club Corp, 71 Stevenson, San Francisco, CA 94105-2934 |
| 14962589 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 08 2024 00:10:12 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14930445 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 08 2024 00:10:08 | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 14960589 | | EDI: PRA.COM | Feb 08 2024 04:52:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14930637 | + | EDI: PRA.COM | Feb 08 2024 04:52:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15489332 | + | Email/Text: bankruptcy@gopfs.com | Feb 07 2024 23:59:00 | Prestige Financial Services, BANKRUPTCY DEPT, PO BOX 26707, SLC UT 84126-0707 |
| 14930447 | + | EDI: CITICORP | Feb 08 2024 04:52:00 | Sears/cbna, Po Box 6283, Sioux Falls, SD 57117-6283 |
| 14930448 | + | EDI: SYNC | Feb 08 2024 04:52:00 | Syncb/amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 14930449 | + | EDI: SYNC | Feb 08 2024 04:52:00 | Syncb/jcp, Po Box 965007, Orlando, FL 32896-5007 |
| 14930450 | + | EDI: SYNC | Feb 08 2024 04:52:00 | Syncb/lowes, Po Box 965005, Orlando, FL 32896-5005 |
| 14930451 | + | EDI: SYNC | Feb 08 2024 04:52:00 | Syncb/walmart, Po Box 965024, Orlando, FL 32896-5024 |
| 14930452 | + | EDI: BLUESTEM | Feb 08 2024 04:52:00 | Webbank/fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |

TOTAL: 32

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | JPMORGAN CHASE BANK, NATIONAL ASSOCIATION |
| cr | | M & T Bank |

Case 18-24017-CMB   Doc 110   Filed 02/09/24   Entered 02/10/24 00:31:24   Desc
Imaged Certificate of Notice   Page 5 of 6

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Feb 07, 2024 | Form ID: 3180W | Total Noticed: 34 |

| | | |
|---|---|---|
| cr | | M&T Bank as servicer for Lakeview Loan Servicing L |
| 15097733 | | M&T Bank as servicer for Lakeview, Loan Servicing, LLC |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | * | LVNV Funding LLC, c/o Resurgent Capital Services, P.O. Box 10587, Greenville, SC 29603-0587 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14943520 | *+ | Ally Financial, 200 Renaissance Ctr, Detroit, MI 48243-1300 |
| 14943521 | *+ | Beaver Valley Fcu, 601 37th St, Beaver Falls, PA 15010-3441 |
| 14943522 | *+ | Best Egg/sst, 4315 Pickett Rd, Saint Joseph, MO 64503-1600 |
| 14943523 | *P++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285, address filed with court:, Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 14943525 | *+ | Comenitycapital/biglot, 3100 Easton Square Pl, Columbus, OH 43219-6289 |
| 14943526 | *+ | Comenitycb/boscov, Po Box 182120, Columbus, OH 43218-2120 |
| 14943527 | *+ | Discover Fin Svcs Llc, Po Box 15316, Wilmington, DE 19850-5316 |
| 14943524 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Mtg, Po Box 24696, Columbus, OH 43224 |
| 14943528 | *+ | Kohls/capone, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-7096 |
| 14943529 | *+ | Lending Club Corp, 71 Stevenson, San Francisco, CA 94105-2934 |
| 14943530 | *+ | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 14943531 | *+ | Metlife Home Loan, Pob 630387, Irving, TX 75063-0119 |
| 14965135 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14943532 | *+ | Sears/cbna, Po Box 6283, Sioux Falls, SD 57117-6283 |
| 14943533 | *+ | Syncb/amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 14943534 | *+ | Syncb/jcp, Po Box 965007, Orlando, FL 32896-5007 |
| 14943535 | *+ | Syncb/lowes, Po Box 965005, Orlando, FL 32896-5005 |
| 14943536 | *+ | Syncb/walmart, Po Box 965024, Orlando, FL 32896-5024 |
| 14943537 | *+ | Webbank/fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |

TOTAL: 4 Undeliverable, 22 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 09, 2024          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 7, 2024 at the address(es) listed below:

**Name**          **Email Address**

Denise Carlon
          on behalf of Creditor M&T Bank as servicer for Lakeview Loan Servicing LLC dcarlon@kmllawgroup.com

Jerome B. Blank
          on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION jblank@pincuslaw.com, brausch@pincuslaw.com

Keri P. Ebeck
          on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com
          btemple@bernsteinlaw.com;jdryer@bernsteinlaw.com;kebeck@ecf.courtdrive.com

Lawrence W. Willis
          on behalf of Debtor Cheryl A. Harpold ecf@westernpabankruptcy.com
          urfreshstrt@gmail.com;willislr88866@notify.bestcase.com

Maribeth Thomas

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 4 of 4 |
| Date Rcvd: Feb 07, 2024 | Form ID: 3180W | Total Noticed: 34 |

on behalf of Creditor Ally Bank c/o AIS Portfolio Services, LP mthomas@tuckerlaw.com, maribeth.thomas@gmail.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 7